# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Fermin A. Alvarado Zavala,

     Petitioner,

v.

Merrick Garland, et al.,

     Respondents.

Case No.: 2:21-cv-00583-JAD-DJA

**Order Dismissing Case for
Failure to Pay Filing Fee**

     On April 12, 2021, I entered an order denying petitioner's motion to proceed *in forma pauperis* but allowing him 30 days within which to pay the $5.00 filing fee for this habeas corpus action.[1] Petitioner has not complied with that order, so I dismiss this action. And because reasonable jurists would not find this decision to be debatable or wrong, so I will not issue a certificate of appealability.

     IT IS THEREFORE ORDERED that **this action is DISMISSED without prejudice** for petitioner's failure to comply with my order requiring payment of the filing fee. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE.**

     IT IS FURTHER ORDERED that no certificate of appealability will issue.

Dated: May 21, 2021

                                                                
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 3.